**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| William Pipes, Brittany Pipes, Briana Pipes, Takoda Pipes, Isaiha Pipes, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER GRANTING ADDITIONAL TIME TO RESPOND TO REPORT** |
| vs. | ) ) | **AND RECOMMENDATION** |
| United States of America, Steve Engen, Ken Halvorson, Corey Bristol, Jessica Folden, Titus Unknown, Steve Hall, Wade Enget, State Patrol Officer (unknown), Jason (unkown), Steve Gutknect, Dale Maixner, McKenzie Co. S.O./Jail, Sue Lloyd, Vicki Klein, John Evenson, Dr. Henniger, | ) ) ) ) ) ) ) ) ) | Case No. 1:07-cv-057 |
| Defendants. | ) | |

_____

Plaintiff's deadline for filing a response to the Report and Recommendation is January 15, 2008. However, on December 15, 2007, the Clerk's office received what the court has construed as a request from Plaintiff for additional time. (Docket No. 22). The court **GRANTS** Plaintiff's request and hereby **ORDERS** that Plaintiff shall have until February 15, 2008, to respond to the Report and Recommendation in the above action.

Dated this 8th day of January, 2008.

                                                                        */s/ Charles S. Miller, Jr.*
                                                                        Charles S. Miller, Jr., Magistrate Judge
                                                                        United States District Court