**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| William Pipes, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Ken Halvorson and Corey Bristol, in their ) | |
| official and individual capacities, ) | |
| ) | Case No. 1:07-cv-057 |
| Defendants. ) | |

On February 20, 2008, the court entered an order permitting Plaintiff to proceed with the following four claims[1] against defendants Ken Halvorson and Corey Bristol in their official and individual capacities:

a. Claim number 4 (interference with legal mail)

b. Claim number 6 (monitoring attorney-client conversations)

c. Claim number 13 (Eighth Amendment failure to treat bad tooth claim); and

d. Claim number 19 (Fourth Amendment search claims).

The Clerk of Court is directed to serve Defendants with a summons and copies of Plaintiff's complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure. The Clerk's office shall also provide Defendants with copies of the undersigned's Report and Recommendation (Docket No. 16) as well as the court's order adopting the Report and Recommendation (Docket No. 25).

**IT IS SO ORDERED.**

Dated this 19th day of March, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court

---

[1] The undersigned identified twenty claims for relief in Plaintiff's complaint. To the extent that Plaintiff believed that any claims had been overlooked or omitted, the undersigned recommended that they be dismissed with the caveat that Plaintiff could file a motion to amend his complaint or pursue any additional claims in a separate action. When adopting the undersigned's recommendation, the court granted Plaintiff leave to file an amended complaint by March 10, 2008. However, Plaintiff has not filed an amended complaint.